FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2015

No. 04-15-00259-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Roxana **TENORIO**, Individually and on Behalf of Pedro Tenorio, Deceased,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-14704
Honorable Stephani Walsh, Judge Presiding

# O R D E R

The appellant's Unopposed First Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on June 26, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2015.



_Keith E. Hottle_
Keith E. Hottle
Clerk of Court